# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. MAYNARD,<br><br>                        Plaintiff,<br>   vs.<br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                       Defendant. | CASE NO. 15cv1124-LAB (KSC)<br><br>**ORDER OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties' joint motion to dismiss (Docket no. 17) is **GRANTED**.

      **IT IS SO ORDERED**.

DATED: April 18, 2016

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge